# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GENESIS KELLY

NO. 2023 KW 1240

**MARCH 13, 2024**

---

In Re:  Genesis Kelly, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2201541.

---

**BEFORE:  GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT